Certificate Number: 12433-PAM-DE-030013161

Bankruptcy Case Number: 17-03429



12433-PAM-DE-030013161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2017, at 10:49 o'clock AM EDT, Thomas B. Lampron completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 12, 2017     By: /s/Lance Brechbill

                           Name: Lance Brechbill

                           Title: Teacher