```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                    Case No. 17-03429-JJT
Thomas Benedict Lampron                                                   Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr              Page 1 of 2                  Date Rcvd: Oct 18, 2017
                              Form ID: ntcnfhrg            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
```
db             Thomas Benedict Lampron,    PO Box 88,    Marshalls Creek, PA  18335-0088
cr             NBT Bank, National Association,    52 Sout Broad Street,    Norwich, NY 13815
4958778        CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4958779       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE BANK,     PO BOX 85015,    RICHMOND, VA 23285-5015)
4958780        CHASE,    PO BOX 901037,    FORT WORTH, TX 76101-2037
4958781       +CHASE AUTO FINANCE,    PO BOX 901003,    FORT WORTH, TX 76101-2003
4958784        FIRST PREMIER,    3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
4958785       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4958786       +GLOBAL PAYMENTS CHECK,    PO BOX 59371,    CHICAGO, IL 60659-0371
4958795       +USAA SAVINGS BANK,    PO BOX 33009,    SAN ANTONIO, TX 78265-3009
4958796        USAA SAVINGS BANK,    PO BOX 47504,    SAN ANTONIO, TX 78265
4958797       +WHITE HILLS CASH,    C/O ISLAND FINANCE LLC,    PO BOX 330,    HAYS, MT 59527-0330
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4958777       +E-mail/Text: bankruptcy@ldf-holdings.com Oct 18 2017 19:07:18     BRIGHT STAR CASH,
               PO BOX 502,    LAC DU FLAMBEAU, WI 54538-0502
4958782       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2017 19:06:47     CHASE BANK USA,
               C/O MIDLAND CREDIT MANAGEMENT,    8875 AERO DRIVE STE 200,    SAN DIEGO, CA 92123-2255
4958783       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2017 19:03:57     CREDIT ONE BANK,
               PO BOX 98875,    LAS VEGAS, NV 89193-8875
4958791        E-mail/Text: BankruptcyNotices@aafes.com Oct 18 2017 19:06:23     MILITARY STAR,
               3911 S WALTON WALKER BLVD,    DALLAS, TX 75236-1509
4958790        E-mail/Text: BankruptcyNotices@aafes.com Oct 18 2017 19:06:23     MILITARY STAR,
               ARMY AIRFORCE EXCH DISPUTES UNIT,    PO BOX 650410,    DALLAS, TX 75265-0410
4958787       +E-mail/Text: accountservices@greenlineloans.com Oct 18 2017 19:07:08     GREENLINE LOANS,
               PO BOX 507,    HAYS, MT 59527-0507
4958788       +E-mail/Text: bkr@cardworks.com Oct 18 2017 19:06:19     MERRICK BANK,
               10705 S JORDAN GTWY STE 200,    SOUTH JORDAN, UT 84095-3977
4958789        E-mail/Text: bkr@cardworks.com Oct 18 2017 19:06:19     MERRICK BANK CORP,    PO BOX 9201,
               OLD BETHPAGE, NY 11804-9001
4958792       +E-mail/Text: bankruptcy@nbtbank.com Oct 18 2017 19:07:07     NBT,    20 MOHAWK STREET,
               CANAJOHARIE, NY 13317-1144
4958793       +E-mail/Text: bankruptcy@nbtbank.com Oct 18 2017 19:07:07     NBT BANK, NA,
               52 SOUTH BROAD STREET,    NORWICH, NY 13815-1699
4959229       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:09:43
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4958794        E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:52     SYNCB/PAYPAL SMART,
               PO BOX 965036,    ORLANDO, FL 32896-5036
4979802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 19:09:35     Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:

```
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vincent   Rubino    on behalf of Debtor 1 Thomas Benedict Lampron
          epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
          williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Thomas Benedict Lampron<br>aka Thomas B. Lampron, aka Thomas Lampron<br>Debtor(s) | Chapter<br>Case No. | 13<br>5:17−bk−03429−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **November 17, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: December 5, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 18, 2017 |