**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

December 21, 2017

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

   Re: Thomas Benedict Lampron
     Case No. 5:17-bk-03429

Dear Clerk:

 We have been advised of a change of address for a creditor in the above-referenced case, as follows:

  From: USSA Savings Bank
     PO Box 47504
     San Antonio, TX 78265

  To: USAA Savings Bank
     10750 McDermott Freeway
     San Antonio, TX 78288-9876

 Please correct the mailing matrix accordingly. Thank you.

         Very truly yours,

         /s/ *Vincent Rubino*

         Vincent Rubino