UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS BENEDICT LAMPRON, : CASE NO. 5:17-bk-03429
aka THOMAS B. LAMPRON,
aka THOMAS LAMPRON, : CHAPTER 13

    Debtor :

## CERTIFICATE OF MAILING

I hereby certify that on December 21, 2017, I caused to be served by first class mail, postage prepaid, a true and correct copy of Chapter 13 Plan and Notice of Confirmation Hearing in the above case on the following:

    USAA Savings Bank
    10750 McDermott Freeway
    San Antonio, TX  78288-9876

**NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI**

By: **/s/ Vincent Rubino**
**Vincent Rubino, Esq.**
**Attorney I.D. No. PA 49628**
**Attorney for Debtor**
**712 Monroe Street, P.O. Box 511**
**Stroudsburg, PA 18360-0511**