IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Thomas Benedict Lampron | : | Case No.: 17-03429 |
|   AKA Thomas B. Lampron, | : | Chapter 13 |
|   AKA Thomas Lampron | : | Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

    Karina Velter, Esquire
    MANLEY DEAS KOCHALSKI LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    614-222-4921
    Atty File No.: 18-009743

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

18-009743_KV

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-009743_KV

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Thomas Benedict Lampron | : | Case No.: 17-03429 |
|   AKA Thomas B. Lampron, | : | Chapter 13 |
|   AKA Thomas Lampron | : | Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

  United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

  Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

  Vincent Rubino, Attorney for Thomas Benedict Lampron AKA Thomas B. Lampron, AKA Thomas Lampron, 712 Monroe Street, PO Box 511, Stroudsburg, PA 18360-0511, VRubino@newmanwilliams.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 2, 2018:

  Thomas Benedict Lampron AKA Thomas B. Lampron, AKA Thomas Lampron, PO Box 88, Marshalls Creek, PA 18335-0088


DATE:  April 2, 2018

                                          /s/ Karina Velter
                                          Karina Velter, Esquire (94781)
                                          Kimberly A. Bonner
                                          Adam B. Hall
                                          Sarah E. Barngrover
                                          Manley Deas Kochalski LLC
                                          P.O. Box 165028
                                          Columbus, OH 43216-5028
                                          Telephone: 614-220-5611
                                          Fax: 614-627-8181
                                          Attorneys for Creditor


18-009743_KV