LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| **Thomas Benedict Lampron AKA** : | CHAPTER **13** |
| **Thomas B. Lampron, AKA Thomas** : | |
| **Lampron** : | CASE NO.: **17-03429** |
| : | |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | ADVERSARY NO. ___-____-ap-_____ |
|     Plaintiff(s)/Movant(s) : | (if applicable) |
|   vs : | |
| : | Nature of Proceeding: **Motion for Relkief** |
| **Thomas Benedict Lampron AKA** : | **from the Automatic Stay** |
| **Thomas B. Lampron, AKA Thomas** : | |
| **Lampron** : | Document #: **27** |
| : | |
| **Charles J. DeHart III** | |
|     Defendants(s)/Respondent(s) | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor needs additional time to review his finances in order to propose a cure for the arrearage.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 21, 2018         /s/ Karina Velter_____
                            Attorney for Movant JPMorgan Chase Bank, N.A.
                            Name: _Karina Velter_
                            Phone Number: _614-220-5611_

18-009743_SCS2