IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS BENEDICT LAMPRON,

                        Debtor

CNB REALTY TRUST,

                        Movant

      and

THOMAS BENEDICT LAMPRON,
DEBTOR, CATHY B. LAMPRON,
CODEBTOR, and CHARLES J. DeHART,
III, TRUSTEE,

                   Respondents

CHAPTER 13

CASE NO. 5:17-bk-03429-JJT

## CERTIFICATE OF SERVICE

THOMAS J. MacNEELY, ESQUIRE, hereby certifies that on the 31st day of July, 2018, he caused to be served a true and correct copy of the Motion for Relief from the Automatic Stay and the Codebtor Stay (the "Motion"), Notice and Proposed Order filed by placing same in the United States mail, first class, postage pre-paid, to:

Thomas Benedict Lampron
P.O. Box 88
Marshall's Creek, PA 18335-0088

Cathy B. Lampron
1480 US Highway 46
Apartment 92B
Parsippany, New Jersey 07054-1905

Further, on July 31, 2018, an electronic copy of the Motion was served upon the following:

J. Zac Christman on behalf of Debtor 1 Thomas Benedict Lampron
jchristman@newmanwilliams.com,
mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com

Charles J DeHart, III (Trustee)
dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

945425.1

Thomas J. MacNeely on behalf of Creditor CNB Realty Trust, assignee of Pennstar Bank, a division of NBT Bank, N.A.
tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com

Vincent Rubino on behalf of Debtor 1 Thomas Benedict Lampron
epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Karina Velter on behalf of Creditor JPMORGAN CHASE BANK, N.A.
amps@manleydeas.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com


Dated: July 31, 2018

*/s/ Thomas J. MacNeely, Esquire*
Thomas J. MacNeely, Esquire
Atty. I.D. #78044
15 South Franklin Street
Wilkes-Barre, PA 18711
(570) 826-5662

Attorneys for Movant, CNB Realty Trust

945425.1