LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas Benedict Lampron, : CHAPTER __13__
:
: CASE NO. 5 - 17 -bk- 03429
:
:
**Debtor(s)**
CNB Realty Trust, : ADVERSARY NO. __-__-ap _____
: (if applicable)
:
:
:
**Plaintiff(s)/Movant(s)**
vs. : Nature of Proceeding: _____
Thomas Benedict Lampron, Debtor, Cathy B. :
Lampron, Codebtor, and Charles J. DeHart, III, : Pleading: Motion for Relief from Automatic Stay and Codebtor
Trustee :
:
**Defendant(s)/Respondent(s)** : Document #: 37, 43

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [✔] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 22, 2018       /s/ Thomas J. MacNeely
                             Attorney for CNB Realty Trust

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.