In re:                                                          Case No. 17-03429-JJT
Thomas Benedict Lampron                                         Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: LyndseyPr        Page 1 of 1        Date Rcvd: Sep 24, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
              Cathy B. Lampron,    1480 US Highway 46,    Apt. 92B,    Parsippany, NJ 07054-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Thomas Benedict Lampron jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Thomas J. MacNeely    on behalf of Creditor   CNB Realty Trust, assignee of Pennstar Bank, a
               division of NBT Bank, N.A. tmacneely@rjglaw.com,  rschaffer@rjglaw.com;czendarski@rjglaw.com
              Thomas J. MacNeely    on behalf of Creditor   NBT Bank, National Association tmacneely@rjglaw.com,
               rschaffer@rjglaw.com;czendarski@rjglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Thomas Benedict Lampron
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
                                                                                   TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS BENEDICT LAMPRON,                    CHAPTER 13

            Debtor                    CASE NO. 5:17-bk-03429-JJT

CNB REALTY TRUST,

            Movant

     and

THOMAS BENEDICT LAMPRON,
DEBTOR, CATHY B. LAMPRON,
CODEBTOR, and CHARLES J. DeHART,
III, TRUSTEE,

            Respondents

## ORDER

AND NOW, upon consideration of the Motion for Extension of Time to File Stipulation (the "Motion") filed by CNB Realty Trust ("CNB") in the above-captioned bankruptcy case, it is hereby:

ORDERED and DECREED that: (1) the Motion is approved; and (2) the parties shall have fifteen (15) days from the date of this Order to file a Stipulation settling the Relief From Stay Motion filed by CNB in this bankruptcy case.

Dated:  September 24, 2018        By the Court,

                                 _____

                                 John J. Thomas, Bankruptcy Judge (RPR)